# REMITTANCE STATEMENT

Bradford W. Caraway, Chapter 13 Standing Trustee
Chapter 13 Bankruptcy Cases
P.O. Box 10848
Birmingham, AL 35202

DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK

| Check Number | | Printed |
|---|---|---|
| 737215 | | 3/6/2020 |

| | | Issue Date |
|---|---|---|
| | | 03/06/2020 |

CLERK. US BANKRUPTCY COURT
Unclaimed Monies
1800 5th Avenue North
Birmingham, AL 35203

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 1304676 | FRAZIER. BRENDA A. | | | $.00 | 82.23 |
| | ORIGINAL CHECK 727620 10/04/2019 FRAZIER, BRENDA 4901 COURT I ENSLEY BIRMINGHAM AL 35208 | | | | |
| 1304676 | FRAZIER, BRENDA A. | | | $.00 | 636.99 |
| | ORIGINAL CHECK 724496 09/06/2019 FRAZIER, BRENDA 4901 COURT I ENSLEY BIRMINGHAM AL 35208 | | | | |
| 1402697 | WRIGHT, KATRICE L. | | | Continuing | 1.13 |
| | ORIGINAL CHECK 725476 09/06/2019 WRIGHT, KATRICE 2136 POWDERLY AVE SW BIRMINGHAM AL 35211 | | | | |
| 1402713 | SCOTT,SR, COREY ANTOINE | | | Continuing | 496.85 |
| | ORIGINAL CHECK 725477 09/06/2019 SCOTT, SR., COREY & SCOTT, JONETTE 6212 STONECREST DR. ..BIRMINGHAM AL 35242 | | | | |
| 1403113 | ARMSTRONG, DEBORAH D | | | Continuing | 7.41 |
| | ORIGINAL CHECK 727630 10/04/2019 ARMSTRONG, DEBORAH 5191 STERLING GLEN DRIVE PINSON AL 35126 | | | | |
| 1403116 | CALDWELL, MELVIN | | | Continuing | 7.91 |
| | ORIGINAL CHECK 725484 09/06/2019 CALDWELL, MELVIN 1424 BRIGHTON ROAD BIRMINGHAM AL 35228 | | | | |
| 1403386 | MORELAND, TIFFANY D | | | Continuing | 109.89 |
| | ORIGINAL CHECK 725488 09/06/2019 MORELAND, TIFFANY 28 11TH COURT NORTH BIRMINGHAM AL 35204 | | | | |
| 1404405 | HALL, DENNIS T. | | | Continuing | 1.57 |
| | ORIGINAL CHECK 727639 10/04/2019 HALL, DENNIS & JANICE 415 86TH STREET SOUTH BIRMINGHAM AL 35206 | | | | |
| 1500933 | TUCKER, ANGEL L. | | | Continuing | 4.66 |
| | ORIGINAL CHECK 727648 10/04/2019 TUCKER, ANGEL 1804 ETOWAH STREET BIRMINGHAM AL 35217 | | | | |
| 1500980 | JACKSON, III, CHARLES NATHANIEL | | | Continuing | 489.15 |
| | ORIGINAL CHECK 727649 10/04/2019 JACKSON, III, CHARLES 109 14TH COURT NORTHWEST …BIRMINGHAM AL 35215 | | | | |
| 1501541 | WILLIAMS, DENISHA $ | | | Continuing | 172.56 |
| | ORIGINAL CHECK 727650 10/04/2019 WILLIAMS, DENISHA 3203 AVENUE S, APT P BIRMINGHAM AL 35208 | | | | |
| 1502539 | MOORE, MELISSA ANN | | | $.00 | 400.00 |
| | ORIGINAL CHECK 725515 09/06/2019 MOORE, MELISSA 1930 HIGHWAY 441 WILSONSVILLE AL 35186 | | | | |
| 1502550 | ROBINSON, JR, PHILLIP RAY | | | Continuing | 10.56 |
| | ORIGINAL CHECK 725516 09/06/2019 ROBINSON, JR, PHILLIP & ROBINSON, 1417 ELIZABETH AVENUE BIRMINGHAM AL 35217 | | | | |
| 1503697 | BASS, BERYL JANA! | | | Continuing | 4.96 |
| | ORIGINAL CHECK 725517 09/06/2019 BASS, BERYL 4480 WINCHESTER HILLS WAY BIRMINGHAM AL 35215 | | | | |
| 1504934 | SEAY, SR, RAY A | | | Continuing | 14.70 |
| | ORIGINAL CHECK 725523 09/06/2019 SEAY, SR., RAY 2517 CROSSBOW DRIVE BIRMINGHAM AL 35214 | | | | |
| 1600344 | PYE, BRANDEE RENEE | | | Continuing | 3.02 |
| | ORIGINAL CHECK 725528 09/06/2019 PYE, BRANDEE 1054 LAUREL LAKES DRIVE HELENA AL 35022 | | | | |
| 1601153 | DALE, SHERRIE ELAINE | | | Continuing | 2.87 |
| | ORIGINAL CHECK 725534 09/06/2019 DALE, SHERRIE 800 HIGHBURY DRIVE CENTER POINT AL 35215 | | | | |
| 1603842 | KING, CYNTHIA MICHELLE | | | Continuing | 72.63 |
| | ORIGINAL CHECK 727665 10/04/2019 KING, CYNTHIA 7748 4TH AVE S APT D ...BIRMINGHAM AL 35206 | | | | |
| 1700625 | KING, PAULA | | | $.00 | 512.00 |
| | ORIGINAL CHECK 725557 09/06/2019 KING, PAULA 1038 GRUBBS AVE, APT 202 ...GARDENDALE AL 35071 | | | | |
| 1803512 | MILLER, CORNELIOUS JERRY | | | $.00 | 220.00 |
| | ORIGINAL CHECK 725572 09/06/2019 MILLER, CORNELIOUS 2517 WATERFORD PL BIRMINGHAM AL 35244 | | | | |

THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.

# REMITTANCE STATEMENT

Bradford W. Caraway, Chapter 13 Standing Trustee
Chapter 13 Bankruptcy Cases
P.O. Box 10848
Birmingham, AL 35202

DO NOT SEPARATE REMITTANCE STATEMENT FROM CHECK

| Check Number |
|---|
| 737215 |

CLERK, US BANKRUPTCY COURT
**Unclaimed Monies**
**1800 5th Avenue North**
**Birmingham, AL 35203**

| Printed |
|---|
| *3/6/2020* |

| Issue Date |
|---|
| 03/06/2020 |

| Case Number | Debtor | Acct No. | Paid Through | Unpaid Balance | Amount Paid |
|---|---|---|---|---|---|
| 1901796 | HARBUCK, GARRETT MANSIR | | | Continuing | 1,530.45 |
| | ORIGINAL CHECK 725583 09/06/2019 HARBUCK, GARRETT 6359 CATHWICK CIRCLE MC CALLA AL 35111 | | | | |
| | | | | TOTAL | 4,781.54 |

THIS STATEMENT COVERS PAYMENTS ON YOUR CLAIMS FOR THE ABOVE CASES
PLEASE RETAIN FOR YOUR RECORD.