| Debtor 1 | GARRETT | MANSIR | HARBUCK |
|---|---|---|---|
| | First Name | Middle Name | Last Name |

| Debtor 2 | | | |
|---|---|---|---|
| (Spouse, if filing) | First Name | Middle Name | Last Name |

**United States Bankruptcy Court for the Northern District of Alabama**

Case number: _____19-01796_____

---

**ALNB LBF 1340 (8/19)**

# APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

## 1. Claim Information

For the benefit of the Claimant(s)[1] named below, application is made for the payment of unclaimed funds on deposit with the court. I have no knowledge that any other party may be entitled to these funds, and I am not aware of any dispute regarding these funds.

Note: If there are joint Claimants, complete the fields below for both Claimants.

| Amount: | **$ 1,530.45** |
|---|---|
| Claimant's Name: | GARRETT MANSIR HARBUCK |
| Claimant's Current Mailing Address, Telephone Number, and Email Address: | 5211 BROOKSIDE PASS<br>HOOVER AL 35244<br>(205) 585-3300 |

## 2. Applicant Information

Applicant[2] represents that Claimant is entitled to receive the unclaimed funds because (*check the statements that apply*):

☑ Applicant is the Claimant and is the Owner of Record[3] entitled to the unclaimed funds appearing on the records of the court.

☐ Applicant is the Claimant and is entitled to the unclaimed funds by assignment, purchase, merger, acquisition, succession or by other means.

☐ Applicant is Claimant's representative (*e.g.*, attorney or unclaimed funds locator).

☐ Applicant is a representative of the deceased Claimant's estate.

## 3. Supporting Documentation

☑ Applicant has read the court's instructions for filing an Application for Unclaimed Funds and is providing the required supporting documentation with this application.

---

[1] The Claimant is the party entitled to the unclaimed funds.

[2] The Applicant is the party filing the application. The Applicant and Claimant may be the same.

[3] The Owner of Record is the original payee.

## 4. Notice to United States Attorney

☑ Applicant has sent a copy of this application and supporting documentation to the United States Attorney, pursuant to 28 U.S.C. § 2042, at the following address:

Office of the United States Attorney
Northern District of Alabama
1801 Fourth Avenue North
Birmingham, AL 35203

| 5. Applicant Declaration | 5. Co-Applicant Declaration (if applicable) |
|---|---|
| Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. | Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct. |
| Date: 11/12/2020 | Date: N/A |
| _[signature]_ | N/A |
| Signature of Applicant[4] | Signature of Co-Applicant (if applicable)[4] |
| GARRETT MANSIR HARBUCK | |
| Printed Name of Applicant | Printed Name of Co-Applicant (if applicable) |
| Address: 5211 BROOKSIDE PASS HOOVER AL 35244 | Address: |
| Telephone: (205) 585-3300 | Telephone: |
| Email: N/A | Email: |

| 6. Notarization | 6. Notarization |
|---|---|
| STATE OF Alabama | STATE OF |
| COUNTY OF Jefferson | COUNTY OF |
| This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this 12th day of Nov. , 20 20 by | This Application for Unclaimed Funds, dated _____ was subscribed and sworn to before me this ____ day of _____, 20___ by |
| _____ | _____ |
| who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. | who signed above and is personally known to me (or proved to me on the basis of satisfactory evidence) to be the person whose name is subscribed to the within instrument. WITNESS my hand and official seal. |
| (SEAL) Notary Public[5] _____ My commission expires: March 20, 2021 | (SEAL) Notary Public[5] _____ My commission expires: _____ |

_[Notary seal: MARVIN D. WOOTEN, NOTARY, My Comm. Expires Mar. 20, 2021, ALABAMA STATE AT LARGE, PUBLIC]_

---

[4] Signature of Applicant must be an original/wet signature, preferably in blue ink.
[5] Signature of Notary Public must be an original/wet signature, preferably in blue ink.

## CERTIFICATE OF SERVICE

In accordance with 28 U.S.C. § 2042, the undersigned hereby certifies that on the date designated below, a true and correct copy of the foregoing application with all required documentation was mailed to:

United States Attorney for Northern District of Alabama
1801 Fourth Ave North
Birmingham, AL 35203.

Names and addresses of all other parties served:

Date: _11/18/2020_

_(Signature)_

**GARRETT M HARBUCK**

(Name Printed)

**5211 BROOKSIDE PASS**

(Street or P O Box Address)

**HOOVER**

(City)

**ALABAMA**

(State)

**35244**

(Zip Code)