IN THE UNITED STATES BANKRUPTCY COURT
FOR THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

IN RE:

**Garrett Mansir Harbuck,**                                  Case No. 19-01796-DSC-13

    **Debtor.**

### ORDER GRANTING APPLICATION FOR PAYMENT OF UNCLAIMED FUNDS

On March 15, 2021, an Application for Payment of Unclaimed Funds, (Doc. 39), was filed for the Claimant, Garrett Mansir Harbuck, for payment of unclaimed funds deposited with the Court, pursuant to 11 U.S.C. § 347(a). The application and supporting documentation establish that the Claimant(s) is/are entitled to the unclaimed funds; accordingly, it is hereby

**ORDERED** that, pursuant to 28 U.S.C. § 2042, the sum of $1,530.45 held in unclaimed funds be made payable to and be disbursed to the payee at the following address:

Garrett Mansir Harbuck
5211 Brookside Pass
Hoover, AL 35244

The Clerk of Court will disburse these funds not earlier than fourteen (14) days after entry of this Order.

Date: 4-6-21

                                                                          D. SIMS CRAWFORD
                                                                          United States Bankruptcy Judge