# Notice Recipients

| | | | |
|---|---|---|---|
| District/Off: 1126−2 | User: admin | | Date Created: 4/6/2021 |
| Case: 19−01796−DSC13 | Form ID: pdf000 | | Total: 7 |

**Recipients of Notice of Electronic Filing:**

| | | |
|---|---|---|
| tr | Bradford W. Caraway | ctmail@ch13bham.com |
| aty | Brent William Davis | brent@brentwdavis.com |
| aty | Enslen Crowe | dcm@tblaw.com |

TOTAL: 3

**Recipients submitted to the BNC (Bankruptcy Noticing Center):**

| | | | | |
|---|---|---|---|---|
| db | Garrett Mansir Harbuck | 6359 Cathwick Circle | Mc Calla, AL 35111 | |
| cr | PRA Receivables Management, LLC | PO Box 41021 | Norfolk, VA 23541 | |
| cr | Americredit Financial Services, Inc. Dba GM Financial | P.O Box 183853 | Arlington, TX 76096 | |
| intp | Garrett Mansir Harbuck | 5211 Brookside Pass | Hoover, AL 35244 | |

TOTAL: 4